UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYLE G. SMITHINGELL,<br><br>                        Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                        Defendant. | CASE NO. C16-5981-MAT<br><br>ORDER GRANTING ATTORNEY FEES AND COSTS UNDER EAJA |

     Pursuant to 28 U.S.C. § 2412 and 1920 and upon consideration of Plaintiff's Motion for Attorney Fees and Costs under EAJA, it is hereby ORDERED that under 28 U.S.C. § 2412 attorney fees in the amount of $7,398.91 and related expenses in the amount of $10.68, and costs pursuant to 28 U.S.C. § 1920 in the amount of $400.00 be awarded to plaintiff.

     DATED this 25th day of August, 2017.

                                                                            Mary Alice Theiler
                                                                            United States Magistrate Judge

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

ORDER GRANTING MOTION FOR
ATTORNEY FEES AND COSTS
PAGE - 1